AO 442 (Rev. 12/85) Warrant for Arrest  AUSA SLOMAN; FBI S/A PAUL CARPINTERI (305)796-8831

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SHUEYB MOSSA JOKHAN

**WARRANT FOR ARREST**

CASE NUMBER: 02-60096

CR - DIMITROULEAS

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      SHUEYB MOSSA JOKHAN

Name  MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)   conspiring to destroy property affecting interstate commerce

in violation of Title  18   United States Code, Section(s)  844(n)

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ Pre Trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 16, 2002, Fort Lauderdale
Date and Location

by  Barry S. Seltzer
Name of Judicial Officer

[signature] U.S. Magist. Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |