AO 442 (Rev. 12/85) Warrant for Arrest   AUSA SLOMAN; FBI S/A PAUL CARPINTERI (305)796-8831

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__ 660008

UNITED STATES OF AMERICA

V.

SHUEYB MOSSA JOKHAN

**WARRANT FOR ARREST**

CASE NUMBER: 02-60096

CR-DIMITROULEAS

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest __SHUEYB MOSSA JOKHAN__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   conspiring to destroy property affecting interstate commerce

in violation of Title __18__ United States Code, Section(s) __844(n)__

__CLARENCE MADDOX__
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ __Pre Trial Detention__

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

May 16, 2002, Fort Lauderdale
Date and Location

by __Barry S. Seltzer__
Name of Judicial Officer

_Barry Seltzer, U.S. Magistrate Judge_

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 5/16/02 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, Acting U.S. Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER _Barry Golden_ Barry Golden, ASDUSM |
| DATE OF ARREST 5/17/02 | | |