# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

v.

SHUEYB MOSSA JOKHAN

FILED by _____ D.C.
OCT 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 02-60096-CR-WPD

Counsel For Defendant: Philip Horowitz/Ron Schmidt, Esq.
Counsel For The United States: Jeffrey Sloman, AUSA
Court Reporter: Robert Ryckoff

The defendant pleaded guilty to Count(s) 1 of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 USC 844 (n) | Conspiracy to Destroy Property Affecting Interstate Commerce | 5/31/2001 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No 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
Defendant's Date of Birth: 05/19/1978
Deft's U.S. Marshal No.: 56176-004

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street, Miami, FL 33132

Defendant's Residence Address:
Federal Detention Center
33 NE 4th Street, Miami, FL 33132

Date of Imposition of Sentence:
October 4, 2002

WILLIAM P. DIMITROULEAS
United States District Judge

October ___, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date 10/4/02

DEFENDANT: SHUEYB MOSSA JOKHAN
CASE NUMBER: 02-60096-CR-WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **58 Months**.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be designated to a South Florida Facility.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __12/12/02__ to __FCI EDGEFIELD__

at __SC__, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
       Deputy U.S. Marshal

PARTIALLY/FULLY EXECUTED THIS [illegible]
[illegible] ORDER BY TAKING CUSTODY [illegible]
AT FDC TM [illegible] ON 11-7-02
[illegible]

BOP [illegible]